IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MICHAEL EUGENE STEVENSON, #262775,  )
                                    )
            Plaintiff,              )
                                    )
      v.                            )        CIVIL ACTION NO. 2:14cv438-MEF
                                    )
KIM TOBIAS THOMAS, et al.,          )
                                    )
            Defendants.             )

**ORDER AND OPINION**

On July 8, 2014, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. # 4).  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that this case is DISMISSED without prejudice for Stevenson's failure to file the requisite fees or provide the court with financial information in compliance with the order of this court.

Done this the 6th day of August, 2014.

                            /s/ Mark E. Fuller
                    UNITED STATES DISTRICT JUDGE